■ The People of the State of New York, Respondent, v Noel Serrano, Appellant. [18 NYS3d 854]—

Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered March 13, 2013, as amended April 5, 2013, convicting defendant, after a jury trial, of two counts of criminal possession of a weapon in the second degree, and sentencing him, as a second felony offender, to concurrent terms of five years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. The location of the weapon and the surrounding circumstances tended to corroborate defendant's ex-girlfriend's testimony that he possessed a pistol, which he stored in a closet in her apartment.

Defendant's claims regarding uncharged crime evidence are unpreserved and we decline to review them in the interest of justice. As an alternative holding, we find no basis for reversal. Concur—Mazzarelli, J.P., Renwick, Saxe and Moskowitz, JJ.